IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF KENTUCKY

CENTRAL DIVISION



FILED US
US DISTRICT COURT
WESTERN DISTRICT OF KY
'10 MAY 21 PM 1:58

IN RE: COUNTRYWIDE FINANCIAL

CORP. CUSTOMER DATA SECURITY

BREACH LITIGATION

CASE NO. 3:08-MD-01998-TBR

HONORABLE THOMAS B. RUSSELL

### SETTLEMENT AGREEMENT

**Dear Judge Russell I am submitting this Objection letter here in regards to the Settlement agreed upon by Countrywide financial corporation. Due to the fact that my personal information was in there care and has now been violated by this breach of security theft. This is now leaving my entire future at stake not knowing what may become of this down the road in my future. And because of this the Liability it falls on the bank institution and all involved as the responsible party, who should pay me according to what I am entitled too in this class act lawsuit. And my sensitive personal information stolen has resulted in this incident and the seriousness of it should be considered. I only feel that no less than the $50,000 as stated should be awarded to me by the courts, for such a crime as this. Because a more secured procedure should have been in place to avoid this kind of incident.**

**Thank You Kindly**

**Walicia Carroll**

*Walicia Carroll*

**1061 BlueHill Drive North**

**Jacksonville, Florida 32218**

**904-610-7331**

**May 17, 2010**

Email BITL @ Comcast.net



USA FIRST-CLASS FOREVER

JACKSONVILLE FL 320
18 MAY 2010 PM 3 L

Clerk of the Court
Dene Snyder U.S. Courthouse
601 West Broadway
Louisville, Kentucky 40202

Walicia Carroll
1061 Blue Hill Drive North
Jacksonville, Florida
32218

'10 MAY 21 PM 1:58
U.S. DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
FILED JS