In Re: Countrywide Financial Corp. Customer Securtiy Breach Litigation, No. 3:08-MD-01998-TBR, MDL 1998

Thomas G. and Cathleen A. LoGrasso
49 Raintree Ct.
Fenton, MO  63026

Court
Clerk of the Court
Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY 40202

May 17, 2010

To Whom It May Concern:

We object to the referenced settlement for the following reasons:

- The lawyers are asking to receive 3.5 million plus expenses, when the people who were harmed by this negligence on Countrywide's part are receiving almost nothing for their worry and their own personal time put in on monitoring their own accounts and statements. This is a life-long concern that certain personal pieces of information, such as social security numbers, names, birthdates, etc. of selves and of all children, are now in the hands of possibly anyone. It involves untold future damage, and is not something that can be just ended in 2 or 3 years.
- We don't want to have a company monitor these things for us. That is not comforting to us. This gives all our information to this company's employees. Therefore we have chosen to monitor these things for ourselves. However, there is no end of monitoring after two or three years. Untold people have information that can't be changed, such as social security number, birthdate, mother's maiden name or a large variety of information that is sensitive and puts us at risk forevermore. This is actually very upsetting and unsettling. It's hard to put a dollar amount on this, and certainly reimbursing us at the rate of $10.00 per hour [up to a grand total of $60.00…only if we submit proof] for our time spent on this is a ridiculous offering.
- We feel that each person whose information was stolen, or thought to have been stolen, or likely to have been stolen should receive a minimum of $5,000 for the personal intangible damages [as in what we've described above] and then the lawyers be limited to no more than 10% of the total amount awarded. When lawyers are overpaid [in exorbitant amounts, such as a ridiculous 3.5 million, it encourages frivolous use of the courts to exploit money from other people's hardships.

Sincerely,

Thomas G. LoGrasso and Cathleen A. LoGrasso



FILED US
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

10 MAY 21  PH 2: 00



Tom & Cathie LoGrasso
49 Ratliverd Ct.
Fenton, MO 63026 5153

SAINT LOUIS MO 630

19 MAY 2010 PM 6 L

Court
Clerk of the Court
Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY  40202