**HARRIET ROUGHAN**

6/7/10.

Gentlemen,

I object to the settlement by the monitoring of my credit where is involving in less than 30 days — I fear my info could be sold after the 2 year period. We cannot afford to spend $25 a month to continue this service. We had done nothing wrong and did not put ourselves in jeopardy. If after 2 years something happens do

F

we then put a claim into Countrywide? Essed now is the time they this information will be available —

We are not happy about the situation —

Please advise — we were just informed by Experian that this is ending —

thank you

Hanuel + John Roughan

Countrywide Data Settlement
P.O. Box 2730
Portland, OR 97208-2730



John & Harriet Roughan
261 RIVERSIDE AVENUE
RIVERSIDE, CONNECTICUT 06878

