LEGAL SERVICES
JUN 21 2010
RECEIVED

**Dragon v Countrywide CA1334**



**Objection #** 600000061


0133405

## Document Range

| Begin: | End: | Quantity: |
|---|---|---|
| 61 | 62 | 2 |

| Prepped by: | QC: | Stats: | Scanned by: |
|---|---|---|---|
| ID #: 98 MN<br>6-23-10 | 6/23<br>NP | 6/23<br>NP | 6/23/10 |

**Route to:** Vault  **Route to:** _____

Countrywide Data Settlement
P.O. Box 2730
Portland, Or 97208-2730

To Whom it May Concern

We object to the terms and conditions of the settlement, as it doesn't allow reimbursement for future identity theft losses.

There are four family members who are participants in the mortgage. Collectively we abhor the unauthorized use of the personal and financial information as listed in the content of the mortgage.

We are not aware of any damaging use of this information, whether past, current or future incidents.

We request that the court consider and weigh the possibilities of future difficulties that we may encounter and award us a just and honorable financial settlement.

Very Truly Yours,

Henry R. Leaf

Cc: Sylvia Linnea Leaf, Henry E. Leaf, Jon P. Leaf


Henry Leaf
7061 N. Sunrise Vis.
Prescott Valley, AZ 86315-3415

June 14, 2010

Countrywide Data Settlement
PO Box 2730
Portland, OR 97208-2730

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
IN RE: COUNTRYWIDE FINANCIAL CORP. CUSTOMER
DATA SECURITY BREACH LITIGATION
Case No. 3:08-MD-01998-TBR



1334-12967107-3

0000 0050492 00000000 002 003 16831 000: 0 0

HENRY R LEAF
7061 N SUNRISE VISTA
PRESCOTT VALLEY AZ 86315

# REIMBURSEMENT OF OUT-OF-POCKET EXPENSE CLAIM FORM

Eligible Class Members are entitled to recover reimbursement of out-of-pocket expenses incurred as a result of the theft of Private Information. Additional information is contained in the detailed Notice and Settlement Agreement, available at www.CWdataclaims.com or by calling 1-866-940-3612.

To receive reimbursement of out-of-pocket expenses you must: (1) provide all required information, and (2) submit this form to the address above with documentation to support your claim. If you have any questions, call 1-866-940-3612 to speak with a representative, or send an email to: info@CWdataclaims.com. There is also an instructional video on the website (www.CWdataclaims.com) that illustrates how to complete this form.

The exact deadline to submit claims for reimbursement of out-of-pocket expenses has not yet been determined. The deadline will be no earlier than **October 18, 2010**. The actual deadline, when it is available, will be posted on the website and available by calling 1-866-940-3612.

## CLAIMANT INFORMATION

### DO *NOT* COMPLETE THIS SECTION IF THE PREPRINTED INFORMATION ABOVE IS CORRECT

*Please Type or Print in the Boxes Below; Do NOT use Red Ink, Pencil, or Staples*

First Name | MI | Last Name

Mailing Address (Street, PO Box, Suite or Office Number, as applicable)

City | State | Zip Code

## ADDITIONAL INFORMATION

Social Security Number (Required)

Email Address (optional)

(Username) @ (Domain name)

Telephone Number (optional)

**01-CA1334**   v.9   I9441 v.0.01 03.26.2010

Questions? Call 1-866-940-3612 or visit www.CWdataclaims.com
COUNTRYWIDE DATA SETTLEMENT

**PLEASE CHOOSE ONE OR MORE OF THE FOLLOWING:**

**CHECK PRINTING (NOT TO EXCEED $90.00)**

I request reimbursement for paper check printing costs due to opening a new checking account or changing accounts between January 1, 2006 and May 10, 2010, and have included documentation of such expenses. These expenses were not incurred as the result of ordering checks for an existing account, or changing accounts for reasons other than the theft of Private Information.

Amount requested (Not to exceed $90.00): $ ☐☐☐.☐☐

**CREDIT MONITORING AND IDENTITY THEFT INSURANCE (NOT TO EXCEED $200.00)**

I request reimbursement of credit monitoring and identity theft insurance expenses between January 1, 2006 and the first cancellation opportunity after free credit monitoring became available to me under the settlement, and have included reasonable documentation of such expenses.

Amount requested (Not to exceed $20.00 monthly and $200.00 total): $ ☐☐☐.☐☐

**DRIVER'S LICENSE**

I request reimbursement for the cost of replacing a driver's license (except in the normal course of renewing my license) incurred since January 1, 2006.

Amount requested: $ ☐☐.☐☐

**MISCELLANEOUS EXPENSES and LOST TIME (NOT TO EXCEED $60.00)**

I request reimbursement of the following expenses, and have included reasonable documentation of such expenses:

The cost of telephone calls: $ ☐☐.☐☐

Postage related to inquiries on my bank accounts, financial accounts, mortgage accounts and/or credit reports: $ ☐☐.☐☐

Lost time (calculated at $10.00 per hour): $ ☐☐.☐☐

The cost of placing a freeze on my credit report: $ ☐☐.☐☐

The cost of changing my phone number: $ ☐☐.☐☐

Total Amount requested (not to exceed $60.00): $ ☐☐.☐☐

**SIGNATURE & CERTIFICATION UNDER PENALTY OF PERJURY**

I hereby declare under the penalty of perjury that I believe that the information I am providing in support of my claim is true and correct. I further certify that any documentation that I have submitted in support of my claim consists of unaltered documents in my possession.

Signature: ☐    Date: ☐☐-☐☐-☐☐
                    (MM)  (DD)  (YY)

Mail your claim to:   Countrywide Data Settlement
                      PO Box 2730
                      Portland, OR 97208-2730

**02-CA1334**

Questions? Call 1-866-940-3612 or visit www.CWdataclaims.com

19442 v.0.01 03.26.2010    COUNTRYWIDE DATA SETTLEMENT

IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF KENTUCKY
IN RE: COUNTRYWIDE FINANCIAL CORP. CUSTOMER DATA SECURITY BREACH LITIGATION
Case No. 3:08-MD-01998-TBR



1334-12967107-3

# REIMBURSEMENT OF IDENTITY THEFT LOSSES CLAIM FORM

Eligible Class Members are entitled to recover reimbursement of actual, documented and unreimbursed identity theft losses as a result of the theft of Private Information (excluding any charges initiated with the Settlement Class Member's authorization). Additional information is contained in the detailed Notice and Settlement Agreement, available at www.CWdataclaims.com or by calling 1-866-940-3612.

To receive reimbursement of identity theft losses you must: (1) provide all required information, and (2) submit this form to the following address with proof to document your claim:

Countrywide Data Settlement
PO Box 2730
Portland, OR 97208-2730

If you have any questions, call 1-866-940-3612 to speak with a representative, or send an email to: info@CWdataclaims.com. There is also an instructional video on the website (www.CWdataclaims.com) that illustrates how to complete this form.

For identity theft loss that is known prior to Final Approval, the exact deadline to submit this claim has not yet been determined. The deadline will be no earlier than **October 18, 2010**. The actual deadline, when available, can be found on the website or by calling 1-866-940-3612. For identity theft loss discovered after Final Approval, the claim deadline is the earlier of 90 days following your first knowledge of the identity theft or October 31, 2012, whichever is the first to occur.

## CLAIMANT INFORMATION

*Please Type or Print in the Boxes Below; Do NOT use Red Ink, Pencil, or Staples*

First Name | MI | Last Name

Mailing Address (Street, PO Box, Suite or Office Number, as applicable)

City | State | Zip Code

## ADDITIONAL INFORMATION

Social Security Number (Required)

Email Address (optional)

(Username) @ (Domain name)

Telephone Number (optional)

01-CA1334   v.7   J0041 v.0.01 05.04.2010

**Questions? Call 1-866-940-3612 or visit www.CWdataclaims.com**
COUNTRYWIDE DATA SETTLEMENT

I request reimbursement of identity theft loss that (1) is an actual, documented and unreimbursed loss, (2) resulted from identity theft caused by the alleged theft of the Private Information (excluding any charges initiated with my authorization), and (3) occurred during the time period from January 1, 2006 through and including July 31, 2012.

**You may request up to $50,000 for each Identity Theft incident. If you are claiming for more than one Identity Theft incident, please complete a separate claim form for each.**

Amount requested: $ ☐☐ , ☐☐☐ . ☐☐

**Documentary proof must be submitted to support your exact claim amount.**

Please provide a brief description of the fraud you are experiencing. (You may attach additional pages if necessary.)

_____
_____
_____
_____
_____
_____
_____
_____
_____

Claimants who are reimbursed for identity theft losses are also entitled to receive one (1) year of Triple Advantage[SM] Premium credit monitoring provided by Consumerinfo.com, Inc., an Experian® Company.

## SIGNATURE & CERTIFICATION UNDER PENALTY OF PERJURY

I hereby declare under the penalty of perjury that I believe that the information I am providing in support of my claim is true and correct. I further certify that any documentation that I have submitted in support of my claim consists of unaltered documents in my possession.

Signature: _____    Date: ☐☐ - ☐☐ - ☐☐
                                           (MM)   (DD)   (YY)

Mail your claim to:   Countrywide Data Settlement
                      PO Box 2730
                      Portland, OR 97208-2730

02-CA1334    J0042 v.0.01 05.04.2010



Henry Leaf
7061 N. Sunrise Vis.
Prescott Valley, AZ 86315-3415





Countrywide Data Settlement
P.O. Box 2730
Portland, OR 97208-2730



1334

97208+2730