**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

IN RE: COUNTRYWIDE FINANCIAL CORP.           CASE NO: 3:08-MD-01998
CUSTOMER DATA SECURITY BREACH
LITIGATION

**ORDER**

It has been brought to the Court's attention that interested persons in this litigation desire to view the objection and opt-out letters that have been filed in response to the proposed settlement agreement. These letters are currently restricted because they contain private and identifying information which the Court cannot publish over the internet. Therefore, non-parties may not access these documents through the PACER (Public Access to Court Electronic Records) system. These documents may, however, be reviewed by parties and non-parties at the public terminal station located in the clerk's office.

IT IS SO ORDERED.