LEGAL SERVICES
JUN 21 2010
RECEIVED

**Dragon v Countrywide CA1334**

**Objection #**  600000062

# Document Range

| Begin: | End: | Quantity: |
|---|---|---|
|  |  |  |

0133405

| Prepped by: | QC: | Stats: | Scanned by: |
|---|---|---|---|
| ID #: |  |  |  |

**Route to:** Vault        *Route to:_____

June 19, 2010

Teresa L. Thompson
317 Lawrence Ave.
Lawrence, Ks 66049

James W. Thompson
317 Lawrence Ave.
Lawrence, Ks 66049
Countywide Data Settlement Objection
P.O.Box 2730
Portland. OR 97208

To Whom It May Concern:


I am writing this letter letting you know that I object to **the terms** of the Countrywide
Financial Corporation Customer Security Breech
Litigation# 3:08-MD-01998-TBR,MDL1998.

I have had my identity information compromised at least 3 times in the last 3 years
and have filed police reports regarding those matters. I do not take having my information
stolen lightly, and more should be done to appease the clients.

Sincerely,

Teresa L. Thompson

James W. Thompson

KANSAS CITY 640

19 JUN 2010 PM 1 T

Countrywide Data Settlement
P.O. Box 2730
Portland, OR 97208

9720832730