**RECEIVED**

JUN 2 1 2010

**LEGAL SERVICES**

**Dragon v Countrywide CA1334**



**Objection #**            **600000063**

# Document Range

**Begin:** U3     **End:** —     **Quantity:** 1

0133405

| Prepped by: | QC: | Stats: | Scanned by: |
|---|---|---|---|
| ID #: 31<br>6-24-2010<br>K(nar) | DD<br>6/24/10 | DD<br>6/24/10 | DD<br>6/24/10 |

**Route to:** Vault            ***Route to:** _____

SUMMARY OF INTENT           Date: 15JUN2010

From: James R. Anderson and Deborah J. McBride
   2801 Gideon Ave, Zion, IL 60099-2527

To: Countrywide Data Settlement
  PO Box 2730, Portland, OR 97208

Info: Notice Administrator for U.S. District Court
   PO Box 2730, Portland, OR 97208

Ref: (A) Settlement Agreement (Case No. 3:08-MD-01998-TBR)
   (B) Amendment to the Settlement Agreement (Case No. 3:08-MD-01998-TBR)
   (C) Second Amendment to the Settlement Agreement (Case No. 3:08-MD-01998-TBR)
   (D) Third Amendment to the Settlement Agreement (Case No. 3:08-MD-01998-TBR)
   (E) Forth Amendment to the Settlement Agreement (Case No. 3:08-MD-01998-TBR)
   (F) Document 111 filed 12/22/2009 (Case No. 3:08-MD-01998-TBR)
   (G) Phone Conversation between James R Anderson Zion, IL and Jeff Opel Chicago, IL
   on Friday, May 28,2010

Encl: (1)Copy of Mortgage Interest Statements For Tax Years 2002 and 2008
   (2)Copy of Mailer Card (Legal Notice about a data theft settlement)Received 5/25/2010
   (3)Copy of Department of the Navy Citation

Subj: NOTIFICATION OF DATA THEFT SETTLEMENT

1. Enclosure (1) and (2) are submitted as proof of Class Membership, but contend timely notification was not accomplished by Countrywide IAW reference (B). No official notification was received at known address of 2801 Gideon Ave, Zion, IL 60099-2527 of which Countrywide knew to be an Equity Line of Credit customer under contract since year 2002.

2. Reference(A), Para I,(THE LITIGATION) states a senior financial advisor at Countrywide since 2006, allegedly stole and unlawfully sold or attempted to sell Countrywide's customers' private information to third parties. I contend these dates are misrepresented, as I was aware of the Security Breach while conducting Payment Certifications for Service and Material Contracts through CITICORP as a Contract Officer and Approving Official between December 2002 and July 2003. Discussions were directed at the nature of the Breach and National Security implications and its impact on my Security Clearance while working with budgeted fiscal funds. I have kept my professional life separate from my personal life as I am held to a higher standard in maintaining my integrity and preventing conflicts of interest while working with financial institutions under contract with the Department of Defense and other Governmental Agencies, INCONUS or deployed overseas. Enclosure (3) outlines the overall dates and verification of above statements while assigned to Naval Station Great Lakes, IL. Contracting Certificates and Letters of Authority are available upon request if needed.

3. Reference(A), Para III, Denial of Wrongdoing and Liability contends Countrywide denies each and every claim and contention alleged against it in the Litigation and of all charges of wrongdoing or Liability alleged against it and too expensive to continue Litigation and its desire to settle in the manner upon the terms and conditions set forth in the settlement agreement. In my opinion Countrywide is trying to minimize litigation and damages from Class Members by concealing the actual dates and nature of the Security Breach.

The degree of knowledge needed to infiltrate passwords, authorization levels and specific directories that contain confidential personal and financial data, would correlate access to more than a one time occurrence. Log files and the analysis of data movement may be some of the litigation Countrywide prefers not to address, as you can not simply plug in a thumb drive and download a database. The argument of whether Countrywide and associates ability or inability to provide adequate protection of confidential data can also be measured by their failure to monitor their affiliation to Mortgage Companies and Brokers who engage in deceptive practices, attracting Mortgage Fraud and Identity Theft.

4. References (B) through (F) are mostly good measures put in place, with credit monitoring and liability caps but, they may limit our ability to recover damages and expenses for identity theft claims still under investigation, breach of contract, and the use of our personal and financial information against us.

5. Post conversation with Mr. Jeff Opel, Chicago Offices of Ben Barnow, Barnow and Associates (Proposed Co-Lead Settlement Class Counsel) lead to a massive adjustment of internet information changes between May 31, 2010 and June 6, 2010. I submit this was an attempt to minimize my claims should I have decided to opt out. We will be submitting all evidence of expenditures, investigations and all required documents to settle our claims prior to October 18, 2010.

6. Provided our claims are taken seriously, we wish to resolve them quietly and will concede to the final agreements of the Settlement Class and the rulings of the Honorable Thomas B. Russell.

7. Morally and ethically, we felt obligated to disclose above information to the Settlement Class. We do not wish to appear or speak at the hearing on July 19, 2010 at our own cost. We can be reached at 847-872-3112 to address questions or clarification.

Respectfully,

*James R. Anderson*
James R. Anderson

*Deborah J. McBride*
Deborah J. McBride

3 of 4

 **Countrywide® HOME LOANS**

Account Number 000900929
2801 GIDEON AVENUE

Date prepared
12/31/2002

## YEAR END STATEMENT

### 2002 STATEMENT SUMMARY

| | | | |
|---|---|---|---|
| Total interest paid in 2002 | $386.83 | Ending escrow balance | Not applicable |
| Ending principal balance | $10,586.83 | | |



### INSTRUCTIONS FOR PAYER/BORROWER

A person (including a financial institution, a governmental unit, and a cooperative housing corporation) who is engaged in a trade or business and, in the course of such trade or business, received from you at least $600 of mortgage interest (including certain points) on any one mortgage in the calendar year must furnish this statement to you.

If you received this statement as the payer of record on a mortgage on which there are other borrowers, please furnish each of the other borrowers with information about the proper distribution of amounts reported on this form. Each borrower is entitled to deduct only the amount he or she paid and points paid by the seller that represent his or her share of the amount allowable as a deduction for mortgage interest and points. Each borrower may have to include in income a share of any amount reported in box 3.

If your mortgage payments were subsidized by a government agency, you may not be able to deduct the amount of the subsidy.

**Box 1.** Shows the mortgage interest received by the interest recipient during the year. This amount includes interest on any obligation secured by real property, including a home equity, line of credit, or credit card loan. This amount does not include points, government subsidy payments, or seller payments on a "buy-down" mortgage. Such amounts are deductible by you only in certain circumstances. *Caution: If you prepaid interest in 2002 that accrued in full by January 15, 2003, this prepaid interest may be included in box 1. However, you cannot deduct the prepaid amount in 2002 even though it may be included in box 1.* If you hold a mortgage credit certificate and can claim the mortgage interest credit, see **Form 8396,** Mortgage Interest Credit.

If the interest was paid on a mortgage, home equity, line of credit, or credit card loan secured by your personal residence, you may be subject to a deduction limitation. For example, if a home equity loan exceeds $100,000 ($50,000 if married filing separately) or, together with other home loans, exceeds the fair market value of your home (such as in a high loan-to-value loan), your interest deduction may be limited. For more information, see **Pub. 936,** Home Mortgage Interest Deduction.

**Box 2.** Not all points are reportable to you. Box 2 shows points you or the seller paid this year for the purchase of your principal residence that are required to be reported to you. Generally, these points are fully deductible in the year paid, but you must subtract seller-paid points from the basis of your residence. Other points not reported in this box may also be deductible. See **Pub. 936** or your Schedule A (Form 1040) instructions.

**Box 3. Do not deduct this amount.** It is a refund (or credit) for overpayment(s) of interest you made in a prior year or years. If you itemized deductions in the year(s) you paid the interest, include the total amount shown in box 3 on the "Other income" line of your 2002 Form 1040. However, do not report the refund as income if you did not itemize deductions in the year(s) you paid the interest. No adjustment to your prior year(s) tax return(s) is necessary. For more information, see "Recoveries" in **Pub. 525,** Taxable and Nontaxable Income.

**Box 4.** The interest recipient may use this box to give you other information, such as real estate taxes or insurance paid from escrow.

---

☐ CORRECTED (if checked)

| RECIPIENT'S/LENDER'S name, address and telephone number | | \*Caution: *The amount shown may not be fully deductible by you. Limits based on the loan amount and the cost and value of the secured property may apply. Also, you may only deduct interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person.* | OMB No. 1545-0901 **2002** Form 1098 | **Mortgage Interest Statement** |
|---|---|---|---|---|
| Countrywide Home Loans<br>Customer Service, SVB-314<br>PO Box 5170<br>Simi Valley, CA 93062 - 5170   (800) 669-5864 | | | | |
| RECIPIENT'S federal identification no. | PAYER'S social security number | 1 Mortgage interest received from payer(s)/borrower(s)*<br>$386.83 | | Copy B<br>For Payer |
| PAYER'S/BORROWER'S name, street address (including apt. no.), city, state and ZIP code | | 2 Points paid on purchase of principal residence (See Box 2 above.)<br>Not applicable | | The information in boxes 1, 2, and 3 is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if the IRS determines that an underpayment of tax results because you overstated a deduction for this mortgage interest or for these points or because you did not report this refund of interest on your return. |
| JAMES RAY ANDERSON<br>DEBORAH J MCBRIDE<br>2801 GIDEON AVE<br>ZION, IL 60099-2527 | | 3 Refund of overpaid interest (See Box 3 above.)<br>$<br>Not applicable | | |
| | | 4 | | |
| Account number (optional)<br>000900929 | | | | |

Form 1098                    (Keep for your records.)                    Department of the Treasury - Internal Revenue Service

ENCL (1)



Form 1098 (keep for your records) Department of the Treasury - Internal Revenue Service

| | |
|---|---|
| Account number (see instructions) | 0000900929 |

PAYER'S/BORROWER'S name, Street address (including apt. no.), City, state, and ZIP code

JAMES RAY ANDERSON
DEBORAH J MCBRIDE
2801 Gideon Ave
Zion, IL 60099-2527

RECIPIENT'S federal identification no. | PAYER'S social security number

RECIPIENT'S/LENDER'S name, address, and telephone number

COUNTRYWIDE HOME LOANS
CUSTOMER SERVICE
PO BOX 5170
SIMI VALLEY, CA 93062-5170
(800) 669-6607

☐ CORRECTED (if checked)

OMB No. 1545-0901
2008
Form 1098

Mortgage Interest Statement

Copy B For Payer

1 Mortgage interest received from payer(s)/borrower(s) $ 401.36
2 Points paid on purchase of principal residence $ 0.00
3 Refund of overpaid interest $ 0.00
4 Mortgage insurance premiums $ 0.00
5

*Caution: The amount shown may not be fully deductible by you. Limits based on the loan amount and the cost and value of the secured property may apply. Also, you may only deduct interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person.*

The information in boxes 1, 2, 3, and 4 is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if the IRS determines that an underpayment of tax results because you overstated a deduction for this mortgage interest or for these points or because you did not report this refund of interest on your return.

---

**INSTRUCTIONS FOR PAYER/BORROWER**

A person (including a financial institution, a governmental unit, and a cooperative housing corporation) who is engaged in a trade or business and, in the course of such trade or business, received from you at least $600 of mortgage interest (including certain points) on any one mortgage in the calendar year must furnish this statement to you.

If you received this statement as the payer of record on a mortgage on which there are other borrowers, furnish each of the other borrowers with information about the proper distribution of amounts reported on this form. Each borrower is entitled to deduct only the amount he or she paid and points paid by the seller that represent his or her share of the amount allowable as a deduction. Each borrower may have to include in income a share of any amount reported in box 3.

If your mortgage payments were subsidized by a government agency, you may not be able to deduct the amount of the subsidy. See the instructions for Form 1040, Schedule A, C, or E for how to deduct the amount. Also, for more information, see Pub. 936, Home Mortgage Interest Deduction, and Pub. 535, Business Expenses.

**Account number.** May show an account or other unique number the lender has assigned to distinguish your account.

**Box 1.** Shows the mortgage interest received during the year. This amount includes interest on any obligation secured by real property, including a home equity, line of credit, or credit card loan. This amount does not include points, government subsidy payments, or seller payments on a "buy-down" mortgage. Such amounts are deductible by you only in certain circumstances. *Caution: If you prepaid interest in 2008 that accrued in full by January 15, 2009, this prepaid interest may be included in box 1. However, you cannot deduct the prepaid amount in 2008 even though it may be included in box 1. If you hold a mortgage credit certificate and can claim the mortgage interest credit, see Form 8396. Mortgage Interest Credit. If the interest was paid on a mortgage, home equity, line of credit, or credit card loan secured by your personal residence, you may be subject to a deduction limitation.*

**Box 2.** Not all points are reportable to you. Box 2 shows points you or the seller paid this year for the purchase of your principal residence that are required to be reported to you. Generally, these points are fully deductible in the year paid, but you must subtract seller-paid points from the basis of your residence. Other points not reported in box 2 may also be deductible. See Pub. 936 to figure the amount you can deduct.

**Box 3.** Do not deduct this amount. It is a refund (or credit) for overpayment(s) of interest you made in a prior year or years. If you itemized deductions in the year(s) you paid the interest, you may have to include part or all of the box 3 amount on the "Other income" line of your 2008 Form 1040. No adjustment to your prior year(s)' tax return(s) is necessary. For more information, see Pub. 936 and Itemized Deduction Recoveries in Pub. 525, Taxable and Nontaxable Income.

**Box 4.** Shows mortgage insurance premiums which may qualify to be treated as deductible mortgage interest. See the Schedule A (Form 1040) instructions.

**Box 5.** The interest recipient may use this box to give you other information, such as the address of the property that secures the debt, real estate taxes, or insurance paid from escrow.

---

**Active Loan Mortgage Interest Statement**

Property address
2801 GIDEON AVENUE

**Account Number 0000900929**

Date Prepared 12/31/2008

3 of 4




Countrywide®
HOME LOANS
CUSTOMER SERVICE
PO BOX 5170
SIMI VALLEY, CA 93062-5170

JAMES RAY ANDERSON
DEBORAH J MCBRIDE
2801 Gideon Ave
Zion, IL 60099-2527

Case 3:08-md-01998-TBR   Document 224   Filed 07/06/10   Page 6 of 9 PageID #: 4896

Notice Administrator for U.S. District Court
PO Box 2730
Portland, OR 97208

# Legal Notice about a data theft settlement.

PRESORTED
FIRST CLASS
U.S. POSTAGE
PAID
PERMIT NO. 9
MANCHESTER, PA

James R. Anderson
Deborah J. McBride
2801 Gideon Ave
Zion, IL 60099-2527

5635/107   C002771260

Mail to: Countrywide Data Settlement, PO Box 2730, Portland, OR 97208

Countrywide Data Settlement
PO Box 2730
Portland, OR 97208-2730

PLACE STAMP HERE

---

## If you provided personal information or made mortgage payments to Countrywide before July 1, 2008, you could get benefits from a data theft settlement.

### How to get more information.

You can view the detailed notice, claim form and other information about the settlement by visiting www.CWdataclaims.com. To receive a copy of the detailed notice and a claim form by mail, call 1-866-940-3612 or complete and return this postcard.

*Para una notificación en Español, llamar o visitar nuestro website.*

A settlement has been reached with Countrywide Financial Corporation, Countrywide Home Loans, Inc., Countrywide Bank, FSB, Full Spectrum Lending Division, and Bank of America Corporation (together called "Countrywide") about the theft of personal and financial information from their customer databases.

The lawsuit alleged that Countrywide did not adequately protect confidential personal and financial information. Countrywide denies all of the claims.

You are included in the Settlement Class and you have legal rights and options, such as submitting a claim for benefits or excluding yourself from or objecting to the settlement.

**Settlement Benefits:** Class Members are eligible to receive reimbursement for identity theft of up to $50,000 per incident. To get benefits you need to submit a claim form. A claim form is available at the website or by calling 1-866-940-3612. The earliest deadline to submit a claim is **October 18, 2010**.

**Your Other Options:** If you do not want to be legally bound by the settlement, you must exclude yourself from the Class by **June 24, 2010**, or you will not be able to sue, or continue to sue, Countrywide about the legal claims this settlement resolves, ever again. If you stay in the Class (do not exclude yourself), you may object to the settlement by **June 24, 2010**. The Court will hold a hearing on **July 19, 2010**, to consider whether to approve the settlement. You or your own lawyer, if you have one, may ask to appear and speak at the hearing at your own cost, but you do not have to.

More information is available at the website and toll free number listed below. To receive a detailed notice and claim form by mail, call 1-866-940-3612 or return the attached postcard.

**www.CWdataclaims.com**

**1-866-940-3612**

PC7

# DEPARTMENT OF THE NAVY

THIS IS TO CERTIFY THAT
THE SECRETARY OF THE NAVY HAS AWARDED THE

## NAVY AND MARINE CORPS COMMENDATION MEDAL

TO

SENIOR CHIEF STOREKEEPER (SURFACE WARFARE) JAMES R. ANDERSON, UNITED STATES NAVY

(GOLD STAR IN LIEU OF THE SECOND AWARD)

FOR

MERITORIOUS SERVICE WHILE SERVING AS A RECRUIT DIVISION COMMANDER, SUPPLY DEPARTMENT LEADING CHIEF PETTY OFFICER (LCPO) AND INPROCESSING BARRACKS LCPO FROM JUNE 2001 TO JULY 2004. SENIOR CHIEF ANDERSON CONSISTENTLY PERFORMED HIS DUTIES IN AN EXEMPLARY AND HIGHLY PROFESSIONAL MANNER. HE EXPERTLY TRAINED SIX DIVISIONS TRANSFORMING 528 CIVILIANS INTO HIGHLY TRAINED AND MOTIVATED NEW SAILORS READY FOR THE FLEET. UNDER HIS SUPERB DIRECTION, THREE DIVISIONS EARNED THE HIGHLY COVETED BATTLE "E" OF DISTINCTION AWARD, INDICATING EXCEPTIONAL PERFORMANCE IN ALL COMPETITIVE PHASES OF RECRUIT TRAINING. AS SUPPLY LCPO, HE REVIEWED AND CERTIFIED CONTRACTS WORTH OVER $850,000 AND ENSURED ZERO DISCREPANCIES FOR A MAJOR NAVAL PROCUREMENT REVIEW. AS BARRACKS LCPO, HE LED A STAFF OF 15 ENLISTED IN HOUSING OVER 12,800 RECRUITS IN A FORTY YEAR-OLD FACILITY WITH ZERO ZONE OR SAFETY INSPECTION ISSUES. HIS EXEMPLARY LEADERSHIP AND SUSTAINED SUPERIOR PERFORMANCE DIRECTLY CONTRIBUTED TO RECRUIT TRAINING COMMAND'S MISSION SUCCESS AND NAVY OPERATIONAL READINESS. SENIOR CHIEF ANDERSON'S INITIATIVE, PERSEVERANCE, AND LOYAL DEVOTION TO DUTY REFLECTED CREDIT UPON HIMSELF AND WERE IN KEEPING WITH THE HIGHEST TRADITIONS OF THE UNITED STATES NAVAL SERVICE.

GIVEN THIS 1ST DAY OF JULY 2004

FOR THE SECRETARY OF THE NAVY

M. L. MORAN
Captain, U.S. Navy
Commanding Officer, Recruit Training Command



NAVSO 1650/11 (REV. 7-99)
S/N 0104-LF-982-1800

James R. Anderson
Deborah J. McBride
2801 Gideon Ave
Zion, IL 60099-2527

Countrywide Data Settlement
P.O. Box 2730, Portland, OR
97208





**EXTREMELY URGENT** — Please Rush To Addressee

Schedule package pickup right from your home or office at usps.com/pickup

Print postage online - Go to usps.com/postage

PLEASE PRESS FIRMLY

U.S. POSTAGE PAID
ZION, IL 60099
JUN 19, 10
AMOUNT
$20.60
00077735-08

**Express Mail** — Flat Rate Mailing Envelope — For Domestic and International Use
Visit us at usps.com

THIS HAS BEEN SCANNED
☒ Attempted JUN 21 2010
☐ Delivered

EG 407831746 US

PORTLAND, OR 97208
JUN 21 2010
USPS BOX SECTION

When used internationally affix customs declarations (PS Form 2976, or 2976A).

**ORIGIN (POSTAL SERVICE USE ONLY)**
- PO ZIP Code: 60099
- Day of Delivery: ☒ Next ☐ 2nd ☐ 2nd Del Day
- Scheduled Date of Delivery: Month 6 Day 21
- Postage: $ 18.30
- Date Accepted: Mo 6-19 Year 10
- Scheduled Time of Delivery: ☐ Noon ☒ 3 PM ☐ Military
- Return Receipt Fee: $ 2.30
- COD Fee: $
- Insurance Fee: $
- Time Accepted: 09:34 ☒ AM ☐ PM
- ☐ 2nd Day ☐ 3rd Day
- Total Postage & Fees: $ 20.60
- Flat Rate ☒ or Weight __ lbs __ ozs.
- Int'l Alpha Country Code
- Acceptance Emp. Initials: JR

**FROM:** (PLEASE PRINT) PHONE (847) 872-3112
JAMES R. ANDERSON AND
DEBORAH J. MCBRIDE
2801 GIDEON AVE
ZION, IL 60099-2527

**TO:** (PLEASE PRINT) PHONE (866) 940-3612
COUNTRYWIDE DATA SETTLEMENT
P.O. BOX 2730
PORTLAND, OR
ZIP+4: 97208+2730

RETURN RECEIPT REQUESTED

FOR PICKUP OR TRACKING
Visit www.usps.com
Call 1-800-222-1811

PRESS HARD. YOU ARE MAKING 3 COPIES.

EP13F