**Wojtylak, Melissa A.**

| | |
|---|---|
| **From:** | elizabeth chomina [echomina@att.net] |
| **Sent:** | Friday, June 25, 2010 12:06 AM |
| **To:** | Countrywide Data Settlement |
| **Subject:** | Case# In Re: Countrywide Financial Corp. Customer Security Breach Litigation #3.08-MD-01998-TBR,MDL 1998 |
| **Attachments:** | countru wide 001.jpg; countru wide 003.jpg; countru wide 004.jpg; countru wide 005.jpg; countru wide 006.jpg; countru wide 007.jpg; countru wide 008.jpg; countru wide 009.jpg; countru wide 010.jpg; countru wide 011.jpg; countru wide 012.jpg; countru wide 013.jpg; countru wide.jpg; country wide.jpg |

Luis A Chomina JR
Elizabeth Chomina
710 W Aster Place Santa Ana CA 92706
echomina@att.net
(714)972-4587


Case# In Re Countrywide financial corp. customer security
Breach litigation #3.08-MD-01998-TBR,MDL1998

To Whom It May Concern,
I Elizabeth Chomina am writing with regard to The Class Action against Countrywide. I am writing because I object to the settlement for the following reasons. In December of 2006, I came across fraudulent information on my credit file, an account had been opened in my name and this account negatively affected my credit file. The account had gone more than 90 day's past due before we were made aware and our credit status was severely affected negatively. I spent weeks day in and day out making phone calls to the company where this account had been opened as well as extensive phone calls to the credit agencies in order to have my credit file restored to it's original status. I have always made it a point to be extremely careful with my personal information and confirm that all personal information discarded is always shredded for that very reason I was absolutely blown away when a pristine and highly regarded company like Countrywide so carelessly managed our personal information.
Due to my information being compromised and an account being opened in my name that again negatively affected my credit standing, I am asking to be included in receiving reimbursement from Countrywide. I have in included a copy of my credit file reflecting the fraudulent account as well as all other pertinent information.

07/01/2010