LEGAL SERVICES
JUN 17 2010
RECEIVED

**Dragon v Countrywide CA1334**

**Objection #**  600000032

## Document Range

| Begin: | End: | Quantity: |
|---|---|---|
| 32 | — | 1 |

0133405

| Prepped by: | QC: | Stats: | Scanned by: |
|---|---|---|---|
| ID #: 98 MN<br>6-17-10 | 6/17<br>NP | 6/17<br>NP | 6/18/10 |

Route to:  Vault          *Route to: _____

```
                                        Nancy Deppe
                                        17405 Valley Crest
                                        Edmond OK   73012
```

Countrywide Data Settlement
P O Box 2730
Portland OR   97208-2730

To whom it may concern:

I am writing a letter to document my objection to the guidelines of the settlement which exclude a Countrywide mortgage customer from applying for the two free years of credit reporting unless a letter with a subscription number was sent to the customer.

When I contacted the data line, I was informed that there were two groups of customers involved in the possible data theft. Those groups encompassed a group of customers whose information Countrywide could confirm was on the database in question and a group of unknown customers who could also be involved.

Given the uncertainty, I do not feel that I should be left out of any information involving the settlement or not made aware of any additional action that may be needed to protect my information from possible fraudulent activity.

 My personal information was provided to Countrywide to process a financial transaction under the strict pretenses of confidentiality and data security. Unless proof can be provided that my information was not involved in the data theft activity, I do not believe I should lose my ability to not be made aware of the actions of the class action settlement or not be allowed to participate any benefit that would prevent my personal information from being compromised.

Any additional information can be forwarded to the address at the top of this letter.

                                        Sincerely,

                                        *Nancy Deppe* (signature)

                                        Nancy Deppe

N Deppe
17405 Valley Crest
Edmond OK 73012



Countrywide Data Settlement
P O Box 2730
Portland OR 97208-2730