April 26, 2010

Claims Administrator
Countrywide Data Settlement
P.O. Box 2730
Portland, OR 97208-2730

Dear Sirs/Madams:

I object to being included in this class action. I do not believe that Countrywide did not protect my confidential personal and financial information adequately. To the contrary, I believe that Countrywide did adequately protect my confidential personal and financial information, and they did do everything to protect this information that they promised to do, that they were obligated to do, and that I expected them to do. I am perfectly happy with the service and protection that I have received from Countrywide.

The attorneys who have brought this suit forward which has led to this settlement have not been representing me as I do not agree with their claims. These attorneys have not contacted me prior to this settlement notification. I therefore object to these attorneys receiving any compensation with regards to this settlement. I do not ask for, or expect, any compensation in this settlement because I have not been harmed by Countrywide. I do not believe that the attorneys who brought this suit should receive any compensation where no agreement or contract with Countrywide was breeched and no harm was caused that could be construed to be the fault of Countrywide.

Thank you for you attention to this matter.

*[signature]*
Lee Parsons
590 W. Two Rivers Dr.
Eagle, ID 83616

## How to get more information.

You can view the detailed notice, claim form and other information about the settlement by visiting www.CWdataclaims.com. To receive a copy of the detailed notice and a claim form by mail, call 1-866-940-3612 or complete and return this postcard.

Name  _____

Address  _____

_____

City, ST Zip Code  _____

Mail to: Countrywide Data Settlement, PO Box 2730, Portland, OR 97208



1334064485880



PLACE STAMP HERE

Countrywide Data Settlement
PO Box 2730
Portland, OR 97208-2730

PC7

Notice Administrator for U.S. District Court
PO Box 2730
Portland, OR 97208

PRESORTED
FIRST CLASS
U.S. POSTAGE
**PAID**
PERMIT NO. 9
MANCHESTER, PA

# Legal Notice about a data theft settlement.



Lee W. Parsons
Mary L. Parsons
590 W Two Rivers Dr
Eagle, ID  83616-7121

1185/19   C000623128

# If you provided personal information or made mortgage payments to Countrywide before July 1, 2008, you could get benefits from a data theft settlement.

*Para una notificación en Español, llamar o visitar nuestro website.*

A settlement has been reached with Countrywide Financial Corporation, Countrywide Home Loans, Inc., Countrywide Bank, FSB, Full Spectrum Lending Division, and Bank of America Corporation (together called "Countrywide") about the theft of personal and financial information from their customer databases.

The lawsuit alleged that Countrywide did not adequately protect confidential personal and financial information. Countrywide denies all of the claims.

You are included in the Settlement Class and you have legal rights and options, such as submitting a claim for benefits or excluding yourself from or objecting to the settlement.

**Settlement Benefits:** Class Members are eligible to receive reimbursement for identity theft of up to $50,000 per incident. To get benefits you need to submit a claim form. A claim form is available at the website or by calling 1-866-940-3612. The earliest deadline to submit a claim is **October 18, 2010**.

**Your Other Options:** If you do not want to be legally bound by the settlement, you must exclude yourself from the Class by **June 24, 2010**, or you will not be able to sue, or continue to sue, Countrywide about the legal claims this settlement resolves, ever again. If you stay in the Class (do not exclude yourself), you may object to the settlement by **June 24, 2010**. The Court will hold a hearing on **July 19, 2010**, to consider whether to approve the settlement. You or your own lawyer, if you have one, may ask to appear and speak at the hearing at your own cost, but you do not have to.

More information is available at the website and toll free number listed below. To receive a detailed notice and claim form by mail, call 1-866-940-3612 or return the attached postcard.

**www.CWdataclaims.com**   **1-866-940-3612**

Parsons
590 W. Two Rivers Dr.
Eagle, ID 83616

APR 26 2010

$000.98
0004417236  APR 26 2010
MAILED FROM ZIP CODE 83642

Countrywide Settlement
Claims Administrator
P.O. Box 2730
Portland, OR 97208-2730

9720832730