Case # 2008-03462

Police Report - By Carrie Lynn Stokes - March 16, 2008

This is my affadavit of the identity theft that has occurred under my social security number.

Back in 2006, I reported that someone by the name of Carmelle Mondestin was using my social security number and date of birth to gain personal information and to gain fraudulent credit using my good credit history and score. I found out that Carmelle Mondestin was on my credit report when my credit report was pulled by the loan company that I was trying to refinance my home with. (See attached credit report copy.) I was also denied food stamps through DHHS because I made too much money. (See attached copies regarding food stamps.) They had asked me to verify my income and part of the income that DHHS had listed for me was unemployment compensation from out of state. I immediately told DHHS that I did not have any unemployment income from any state and that I had been employed at the same place (The Little Dolphin School in Westbrook, Maine) since 1999. When DHHS gave me new paperwork to sign, the unemployment income disappeared off of my application for food stamps. I thought that this had solved the problem. When I wrote a letter to the Social Security Administration expressing my concern about my social security number being misused, I was assured that no one was using my social security number or any of my other personal information. (See attached letters to/from the Social Security Administration.) I immediately put a fraud alert on my account so that no further activity would show up on my file under my social security number.

This year, I have been denied for several refinancing loans. The reasons that I have been denied, according to several of these companies, is due to a low credit score. (See attached copy of one such denial letter.) I have ordered all of the credit reports from the three credit reporting agencies (TransUnion, Experian and Equifax), and not one of them showed the fraudulent activity. I was not made aware of any fraudulent activity until I received copies of paperwork from the company that I am currently trying to refinance my home with. (See attached paperwork.) I also received a new copy of my credit report from Experian dated March 6, 2008. On this credit

report, my name is correct (Carrie Lynn Stokes) and so is my date of birth (October 22, 1971), however, there are three phone numbers listed and none of those numbers are mine. In addition to this, the listed employer is Eastneck Nursing Home and Eastneck Nursing Center. Also, I have lived in the same single family home for almost thirteen years. This credit report lists nine different addresses for my social security number. That report also deleted 25 different accounts that are listed under my social security number, including bank accounts, credit cards, a resort and various other companies that I have never been in contact with. I only have one credit card and it is through AAA Financial Services, and this card was serviced through MBNA. I am paying this card through FIA Card Services.) That is the only credit card that I have.

I just received paperwork this year that I am being audited. (See attached paperwork) and that someone has made a claim that I am making nearly $20,000.00 more than I actually make. This is untrue. I have been at the same job for over eight years and I only make $11.09 an hour for 40 hours a week. I also just recently found out that my ex-husband, Ethan Nichols has been hiding nearly $20,000.00 of income and has not been revealing all of his household income. This was revealed in court, as we are in the middle of a custody dispute. (See attached copies.) Mr. Nichols and his wife, Rachel Nichols have not been reporting that Mrs. Nichols also receives child support for her two other children from a previous marriage and that she has custody of. I believe that she also receives an income, yet this was not reported on paperwork that was presented to DHHS and to the Dayton Consolidated School for the hot lunch program. (See attached paperwork.) I was also turned down for assistance at the Biddeford District Court by Judge O'Neil. Judge O'Neil stated that I do not qualify for indigency status and that if I needed an attorney, that I would have to go to places such as Pine Tree Legal and Cumberland Legal Aid Clinic, to name a few, to receive assistance. These places have turned me down for legal help for various reasons. (See attached copies of denial letters.) I was also told by Judge O'Neil that I was denied indigency status and the reason that I was denied was because I have over $90,000.00 in equity in my home. (See attached copy.) When I have tried to refinance my home, I have been denied due to my debt to

income ratio, which takes me back to the beginning of my police report.

I have letters from CCCS/Money Management International that show the financial deficit that these illegal acts have caused on my finances. I am also enclosing a copy of my expenses and loan payments. (See attached copies.) Because of these fraudulent and illegal activities, I have been unable to refinance my home, I have been denied credit and I have been denied legal assistance. Because of the repeated problems with my credit report and my debt to income ratio, I have been told that they are beginning foreclosure on my home. I am in the process of filing charges against Countrywide Home Loans for unethical and illegal business practices. (See attached copy of letter from Countrywide Home Loans, as well as correspondence with the Better Business Bureau and the complaint that I have with Countrywide Home Loans.)

I want an immediate investigation into these matters. I had informed the Biddeford Police Department, as well as the Sheriff's Department about this situation two years ago and nothing has been done and these illegal acts have been allowed to continue and to create more of a financial burden on myself and on my family. I sincerely hope that these illegal acts cease immediately and that all of the conspirators are brought to justice with adequate jail time and proper fines.

I am also enclosing copies of my personal information, including my birth certificate, my social security card(s) with both of my married names and a copy of my current driver's license.

Sincerely,

*Carrie Lynn Stokes*

Carrie Lynn Stokes
144 Hight Road
Dayton, ME  04005
(207) 499-0097

Enclosures
cc. file

G. STEVEN ROWE
ATTORNEY GENERAL



STATE OF MAINE
OFFICE OF THE ATTORNEY GENERAL
6 STATE HOUSE STATION
AUGUSTA, MAINE 04333-0006

TEL: (207) 626-8800
TTY: 1-888-577-6690

REGIONAL OFFICES:
84 HARLOW ST., 2ND FLOOR
BANGOR, MAINE 04401
TEL: (207) 941-3070
FAX: (207) 941-3075

44 OAK STREET, 4TH FLOOR
PORTLAND, MAINE 04101-3014
TEL: (207) 822-0260
FAX: (207) 822-0259
TDD: (877) 428-8800

128 SWEDEN ST., STE. 2
CARIBOU, MAINE 04736
TEL: (207) 496-3792
FAX: (207) 496-3291

April 27, 2007

Mack A. Stokes, Jr. and
Carrie L. Stokes
144 Hight Road
Dayton, ME  04005-7115

Re:   Your allegations that from 2005 into 2006
   a. numerous letters forged in your names were filed with the Biddeford District Court in the "family matter" case between Ms. Stokes and Ethan Nichols (i.e., BID-FM-98-440);
   b. credit cards and magazine subscriptions were fraudulently ordered in Mrs. Stokes's name and using her address by persons unknown and unauthorized by her; and
   c. an undated letter forged in Mrs. Stokes's name and requesting that the Maine Department of Health and Human Services ("DHHS") close her Child Support Enforcement case against Ethan Nichols was filed with the Rockland office of the DHHS (on September 29, 2005).

Dear Mr. and Ms. Stokes:

   I am sending this letter as you requested to confirm the basics of what we discussed when I reached you by telephone on April 18, 2007.

   Please find enclosed the letter from you dated February 17, 2006, which was addressed to "The State of Maine, Attorney General Office, Attn. Steve Rowe." In that letter and the approximately 100 pages of documents that accompanied it, you made the above-described allegations. You faxed that letter and those documents to the Attorney General's ("AG's") Office back in early 2006. For sake of brevity, I will refer to that letter and its accompanying documents as "your complaint."

1

PRINTED ON RECYCLED PAPER

Back in late March 2006, I had become aware of the arrival of your complaint at the AG's Office, and on March 31, 2006, I caused that complaint to be referred to Detective Seth Blodgett of the Investigations Division of the AG's Office so that division could respond to your complaint and/or refer you to an appropriate investigative agency. At that point I understood my involvement with your complaint to be at an end. I did not hear anything more about your complaint until March 2007.

In March 2007, I was contacted by Warren Liburt of the Case Review Unit of the Maine Department of Health and Human Services Support Enforcement and Recovery about the fax dated February 12, 2007, from Mrs. Stokes to Commissioner Brenda Harvey of the Maine Department of Health and Human Services ("DHHS"). Please find a copy of that fax enclosed. That fax had found its way to Warren Liburt, and he called me because, he said, DHHS Support Enforcement and Recovery does not do such investigations and he did not know where to refer the forgery allegation in your fax. I recognized that allegation as one of the allegations (i.e., allegation c, above) that had been included in your complaint to the AG's Office back in 2006. I knew that I had caused that complaint to be referred to Detective Blodgett back on March 31, 2006, but I did not know what response, if any you had received from Detective Blodgett or anyone else at the AG's Office.

I then talked to Detective Blodgett, and he did not recall what, if any, response you had received from the Attorney General's Office back in 2006, but he agreed that I could suggest to Mr. Liburt that DHHS tell you that your forgery allegation had been referred to Detective Blodgett. With Detective Blodgett's consent, I also told Mr. Liburt that DHHS could give you Detective Blodgett's direct phone number and advise you to call Detective Blodgett if you had any questions about the investigation of the forgery matter. DHHS then sent Mrs. Stokes a letter to that effect (i.e., a letter dated 03/23/07 from Kurt S. Bechtel of the DHHS Case Review Unit).

On April 18, 2007, I reached Mrs. Stokes by telephone, and after she and I had been talking for a couple of minutes, Mr. Stokes also came on the line. We all then spoke for over an hour about your 2006 complaint to the AG's Office and about Mrs. Stokes's February 12, 2007, fax to Commissioner Harvey. During that conversation, you told me that at some point around the time that you had filed your complaint with the AG's Office in early 2006, someone from the AG's Office had notified you that the AG's Office would not investigate or prosecute your complaint. You also told me that you had hoped that the AG's Office would tell you to what agency you should take your complaint in order to get it investigated.

When I called you on April 18, 2007, I did so to make sure that you understood (1) that DHHS had recently notified me of the February 12, 2007, fax it had received from Mrs. Stokes regarding her forgery allegation (i.e., allegation c, above); (2) that my understanding is that DHHS will not be investigating that forgery allegation but, instead, has referred it to the AG's Office; (3) that the AG's Office will not be investigating that allegation; and (4) that the AG's Office will also not be investigating the other two allegations in your complaint to the AG's Office dated February 17, 2006 (allegations a and b, above), and (5) that in order for the allegations in your complaint (i.e., allegations a, b, and c, above) to be criminally investigated, you will have to convince some local law enforcement agency (e.g., municipal police department,

2

sheriff's department or Maine State Police) to conduct an investigation. If such an investigation produced sufficient evidence to support a criminal prosecution, such prosecution would have to be by an appropriate local District Attorney's Office ("DA's Office").

As I also told you, there is nothing that legally prohibits the AG's Office from investigating and, if there is then sufficient evidence to prove that a crime was committed and who committed it, criminally prosecuting the type of allegations you made in your complaint. Rather this decision by the AG's Office to decline to do so is dictated by the very limited criminal investigation and prosecution resources of AG's Office and by the division of labor that has developed between local law enforcement agencies (including local DA's Offices) and the AG's Office. The vast majority of crimes alleged to be committed in Maine are investigated by local law enforcement agencies (e.g., municipal police, county sheriff's department, or the local Maine State Police officers) and prosecuted by the various local DA's Offices. The AG's Office typically only investigates and/or prosecutes crimes which, because of some legal and/or practical reason, the local law enforcement agencies are unable to effectively investigate or the local DA's Office is unable to effectively prosecute. As I told you, your complaint does not present such legal or practical issues that would cause the AG's Office to take on either the criminal investigation or prosecution of the allegations in your complaint.

The AG's Office has no authority to require a local law enforcement agency to investigate, or a local DA's Office to prosecute, a particular complaint, nor does the AG's Office have the resources to investigate or prosecute all the complaints that are declined by local law enforcement agencies or local DA's Offices. As I told you, if you are displeased with the decision by a local law enforcement officer not to investigate or the decision by a local Assistant DA not to criminally prosecute your complaint, your recourse is to ask for a review of such decisions by the officer's supervisor or the Assistant DA's supervisor. From what you told me, it sounds like you have already done so, and you were still not able get a criminal investigation of your complaint initiated by a local law enforcement agency. I speculated that the local law enforcement agencies may have declined to investigate based on concerns about the allocation of their own limited resources. They may also have been concerned about the possibility of their agency becoming a pawn in some on-going harassment between the parties to a family matter case. In any case, however, the choice of whether or how to try to once again present your complaint to a local law enforcement agency is up to you.

With regard to your allegation that an undated letter forged in Mrs. Stokes's name and requesting that the Maine Department of Health and Human Services ("DHHS") close her Child Support Enforcement case against Ethan Nichols was filed on September 29, 2005, with the Rockland office of the DHHS, I explained to you that the behavior of Mrs. Stokes and Mr. Nichols does not, at least at first blush, seem to suggest that the letter was forged by Mr. Nichols. According to Tim Whitfield of DHHS Support Enforcement and Recovery in Rockland, in the year since Mrs. Stokes's Child Support Enforcement case was closed by DHHS in response to the allegedly forged letter, Mrs. Stokes has been invited by DHHS to file an application to reopen her case. DHHS has also invited her to let them know in the application what, if any, child support payments she did not receive while her support enforcement case was closed so DHHS could add those payments to the enforcement case. However, as you acknowledged to me, Mrs.

Stokes has still not taken such steps to get the support enforcement case reopened. On the other hand, Mr. Whitfield tells me that Mr. Nichols has continued to seek to keep DHHS involved in the case by voluntarily continuing to send his support payments through DHHS rather than directly to Mrs. Stokes. While, as I told you, such facts don't negate all possibility that Mrs. Stokes's letter to DHS was forged, such facts, at least at first blush, don't seem to support a contention that the letter to DHHS was a forgery.

During our telephone conversation, you also indicated that you have contacted, or perhaps intend to contact, a federal law enforcement agency because you think some of the activity you allege to have occurred in your complaint may constitute federal crimes. As I told you, I would be surprised if any federal agency agreed to investigate this matter, but you are certainly free to contact federal agencies about your complaint. This office (i.e., the Maine Department of the Attorney General) and the local DA's Offices only have the authority to prosecute state crimes and no authority to prosecute federal crimes. Federal crimes would have to be prosecuted in federal court by federal prosecutors, presumably prosecutors from the US Attorney's Office.

Although most of what I told you when I called you on April 18, 2007, was obviously not what you wanted to hear, both of you were nevertheless very gracious to me when we spoke on the phone. I do appreciate your courtesy. I hope what I have told you on the phone and in this letter will help you better understand why the AG's Office has declined, and perhaps why the other agencies you have contacted have also declined, to investigate your complaint.

Sincerely,

DAVID M. SPENCER
Assistant Attorney General
Financial Crimes and Civil Rights Division

Enclosures

cc.   Warren Liburt, Supervisor, DHHS Support Enforcement and Recovery, Case Review Unit, 11 State House Station (Whitten Rd.), Augusta, ME 04333-0011 (w/enc.)
   Tim Whitfield, District Supervisor, DHHS Support Enforcement and Recovery, 91 Camden Street, Suite 103, Rockland, ME 04841 (w/enc.)
   Detective Seth Blodgett, Investigations Division, Maine Department of the Attorney General, 6 State House Station, Augusta, ME 04333-0006 (w/enc.)

February 17, 2006

To: The State of Maine, Attorney General Office, Attn: Steve Rowe,

From: Mack A. Stokes Jr. and Carrie L. Stokes,     499-0097

Ref: To Forgery and Fraud committed against me and my husband,

I'm writing to have charges pressed against all the people who are involved in committing forgery and fraud against me and my wife, by filing paperwork in our names in the court system, such as letters, documents, court papers, etc., and signing our names to legal paperwork, and also committing fraud (see attached copies). We would like a full investigation into this matter, and, as you can see from the attached copies of the court papers, the time and dates on the paperwork, along with the forging of our signatures, you can see that this was not done by us and this can be proven by verification of the court films and also by verification of our signatures. We also would like a copy of the tapes with these times and dates showing who hand delivered and mailed these documents to the clerk of courts.

Magazines, credit cards, etc. have been ordered in our names over the internet, and also through the mail, which is internet and mail fraud (see attached copies). Here is the list of Magazines that have been ordered in our names fraudulently - Soap Opera Digest; Cat Fancy; TV Guide; (New Sub Magazine Services, LLC list of magazines order-This Old House; HOME; National Enquirer; Woman's Day) People; Fit Pregnancy; Etc... Here is a list of Credit Cards- Visa by "PROVIDIAN", Household Credit Services; Sears Credit Cards; HSBC (Household Bank's Account Sheild Program) "On behalf of BEST BUY; etc...

My wife and I have filed two reports of fraud with the Maine State Police; one on February 21, 2005 and one with Maine State Trooper

Jack Dow of 2006, yet this has been allowed continue to happen a year later and continues to happen. Why? We don't have the internet and yet someone has been allowed to fill out fraudulent applications over the internet in our names. Someone is committing fraud and forgery against us and we want to press charges against them to the full extent that the law allows. We have asked all of these companies for the IP (internet provider) numbers of the applications that were filled out over the internet in our names so that we could find out what computer that the applications were filled out at and by who so that we could press charges against whoever is committing fraud and forgery in our name. All the companies refused to give us the IP number to us, and said that they would give it to the law enforcement agency with a court order, so we are requesting all this information to be obtained by the Attorney General Office, so we can clear our names and prosecute the person(s) who are committing this crime against us. We would like a copy of all the information that you receive on this matter to add to our records, except for the information we have provided you with.

We would appreciate all of the help you can give us in resolving this matter. We have also contacted the following people in regard to this matter: Federal Trade Commission on Identify Theft; Consumer Reporting Company (Experian; Equifax; TransUnion), and our local Police Department. We will continue to follow the procedures of the Federal Trade Commission's Identity Theft Department by contacting the list of the above listed people to stop identity theft and to prosecute the people who committed this crime against us. I have, on several occassions, tried contacting the U.S. Postal Inspection Service to file mail fraud charges, but still haven't heard back from them on this matter.

There has been a crime committed and no one seems to want to do anything about it, so that is why I have come to you and making sure that we are following the proper procedures. We want an investigation done because of the State and Federal Crimes committed by these

people. Again, we would appreciate your help in this matter and we anxiously wait to hear back from you.

Respectfully Yours,

*Mack A. Stokes Jr. / Carrie L. Stokes*

Mack A. Stokes Jr. / Carrie L. Stokes

cc file
cc Federal Buruea of Investigation
cc U.S. Secret Service
cc Federal Trade Commission
cc U.S. Postal Inspection Service
cc Department of Justice

# Social Security Administration
# Retirement, Survivors and Disability Insurance
Earnings Record Information



Date: March 27, 2007

Social Security Number: -6830

CARRIE STOKES
144 HIGHT RD
DAYTON ME 04005-7115

|||||||||||||||||||||||||||||||||||||||

We have completed our review of your earnings record. Based on the information we received, we changed our records to show the following amounts for the employment you asked us about:

| SOURCE OF EARNINGS | YEAR | AMOUNT OF EARNINGS | |
|---|---|---|---|
| | | Social Security | Medicare |
| LITTLE DOLPHIN INC<br>107-01 CROSSBAY BLVD<br>OZONE PARK NY 11417<br>Employer ID: 11- ▓▓▓ | 2005 | ▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓ |

Earnings were taxed for Medicare beginning in 1966. From 1983 on, these earnings include Medicare-Qualified Government Earnings.

**Do You Disagree With The Decision?**

If you disagree with our decision, you have the right to appeal. We will review your case again and consider any new facts you have. A person who did not make the first decision will decide your case.

- You have 60 days to ask for an appeal.

- The 60 days start the day after you receive this letter. We assume you got this letter 5 days after the date on it unless you show us that you did not get it within the 5-day period.

- You must have a good reason if you wait more than 60 days to ask for an appeal.

- You have to ask for an appeal in writing. We will ask you to sign a Form SSA-561-U2, called "Request for Reconsideration". Contact one of our offices if you want help.

See Next Page

SSA-L191

# Fax transmission

Date: 8/23/07

To: Social Security Administration

From: Carrie L Stokes

Number of pages, including this cover page
7

Regarding: Misuse of my Social security number

Message:

August 12, 2007

To: Social Security Administration
    State of Maine Bureau of Taxation
    TransUnion

From: Carrie L. Stokes

Re: Misuse of my social security number

To whom it may concern:

I am writing because of the illegal misuse of my social security number. I had called your office in Saco to report that I believed that someone was using my social security number for fraudulent activity. I did receive a letter from your office stating that you had looked into this, and that my social security number was not being used at that time by anyone else and that there was no one else working under my social security number, however, I just received my social security statement on July 23, 2007 and it shows that I made $39,915.00. I worked at The Little Dolphin School in Westbrook, Maine for all of 2006 and my W2 form shows that I only made $19,674.62. I had called your office a year ago and told them that I only made approximately $19,000.00 for the year 2005, however, my reported income was $21,038.00.

I am very confused by this turn of events. My job, The Little Dolphin School, closed up their New York school and my boss, Steve Brier, who is also the owner of The Little Dolphin School and the Little Dolphin Corporation gave all of us (that is what he told me) two W2 forms. One was for Westbrook, Maine and one was for New York. When I asked him why we had two W2 forms and why one was from New York (and I had never worked in New York), he told me that since his school was closing up, that he had to report his taxes that way. He gave no other explanation why. I had called the State of Maine to report the income that he claimed that I had made in New York or it would have looked like I was trying to hide income. (In my social security statement last year, it only showed that I made $10,000.00 or so (I do not know the exact amount.) I did fax this

information to them (the W2 form that Steve Brier had given me from the New York school location.)

I had looked up my credit history before under TransUnion and I discovered that another name came up under my social security number using my date of birth and social security number. The name was Carmelle Mondestin and the address was in Georgia. I have never lived in Georgia. I now believe that my social security number was, is and is continuing to be used to claim an income, even though it was reported before that it was not being used. Also, TransUnion, which had Carmelle Mondestin listed on my credit report under my social security number and date of birth, has corrected the problem with no explanation of who this person was or how they got a hold of my social security number. I had also reported previously that DHHS had listed that I was getting unemployment from another state. DHHS never informed me of where this income was coming from, nor did they ever investigate that information. It just suddenly disappeared from their records.

I have also been turned down for a low income loan through the Small Business Administration. The reason that they gave me on the application was unsatisfactory credit history. They also stated that they based their decision on information obtained from TransUnion, the same credit bureau that I found the false name on. I had brought that information to TransUnion, and they had told me that no one else was on my credit report and that there was no misuse of my social security number at the time. I am now asking for an investigation by you into the misuse of my social security number and legal action for the denial of my loan based on this false information that was supplied on my credit report. If I am denied to investigate this matter, I would like an explanation with the reason for the denial in a letter to me. I would like this letter as soon as possible so that I can start legal action in this matter.

I would like to pursue legal action in this case. I had reported that this would be an issue before, and nothing has been done to protect me against this identity theft and now I am being denied loans and my social security statement shows that I made over $20,000.00 more than I actually do. Now there is a monetary loss and my credit

history and credit score are being affected. I have contacted several people about this matter, including the Biddeford Police Department, the Maine State Police, (who told me to report it to the York County Sheriff's Department), the York County Sheriff's Department, the Attorney General's office and the FTC and I will continue to contact whoever I need to so that this issue is resolved immediately, and I will seek whatever legal action is necessary to resolve this matter.

I look forward to hearing from you as soon as possible on these matters.

Respectfully yours,

Carrie L. Stokes

cc: file
cc: to all other appropriate persons as needed

## Your Earnings Record

| Year You Worked | Your Taxed Social Security Earnings | Your Taxed Medicare Earnings |
|---|---|---|
| 1989 | $ [redacted] | $ [redacted] |
| 1990 | [redacted] | [redacted] |
| 1991 | [redacted] | [redacted] |
| 1992 | [redacted] | [redacted] |
| 1993 | [redacted] | [redacted] |
| 1994 | [redacted] | [redacted] |
| 1995 | [redacted] | [redacted] |
| 1996 | [redacted] | [redacted] |
| 1997 | [redacted] | [redacted] |
| 1998 | [redacted] | [redacted] |
| 1999 | [redacted] | [redacted] |
| 2000 | [redacted] | [redacted] |
| 2001 | [redacted] | [redacted] |
| 2002 | [redacted] | [redacted] |
| 2003 | [redacted] | [redacted] |
| 2004 | [redacted] | [redacted] |
| 2005 | [redacted] | [redacted] |
| 2006 | [redacted] | [redacted] |

You and your family may be eligible for valuable benefits:

When you die, your family may be eligible to receive survivors benefits.

Social Security may help you if you become disabled—even at a young age.

A young person who has worked and paid Social Security taxes in as few as two years can be eligible for disability benefits.

Social Security credits you earn move with you from job to job throughout your career.

Total Social Security and Medicare taxes paid over your working career through the last year reported on the chart above:

Estimated taxes paid for Social Security:
 You paid: [redacted]
 Your employers paid: [redacted]

Estimated taxes paid for Medicare:
 You paid: [redacted]
 Your employers paid: [redacted]

Note: You currently pay 6.2 percent of your salary, up to $97,500, in Social Security taxes and 1.45 percent in Medicare taxes on your entire salary. Your employer also pays 6.2 percent in Social Security taxes and 1.45 percent in Medicare taxes for you. If you are self-employed, you pay the combined employee and employer amount of 12.4 percent in Social Security taxes and 2.9 percent in Medicare taxes on your net earnings.

## Help Us Keep Your Earnings Record Accurate

You, your employer and Social Security share responsibility for the accuracy of your earnings record. Since you began working, we recorded your reported earnings under your name and Social Security number. We have updated your record each time your employer (or you, if you're self-employed) reported your earnings.

Remember, it's your earnings, not the amount of taxes you paid or the number of credits you've earned, that determine your benefit amount. When we figure that amount, we base it on your average earnings over your lifetime. If our records are wrong, you may not receive all the benefits to which you're entitled.

**Review this chart carefully** using your own records to make sure our information is correct and that we've recorded each year you worked. You're the only person who can look at the earnings chart and know whether it is complete and correct.

Some or all of your earnings from last year may not be shown on your *Statement*. It could be that we still were processing last year's earnings reports when your *Statement* was prepared. Your complete earnings for last year will be shown on next year's *Statement*. Note: If you worked for more than one employer during any year, or if you had both earnings and self-employment income, we combined your earnings for the year.

**There's a limit on the amount of earnings on which you pay Social Security taxes each year.** The limit increases yearly. Earnings above the limit will not appear on your earnings chart as Social Security earnings. (For Medicare taxes, the maximum earnings amount began rising in 1991. Since 1994, all of your earnings are taxed for Medicare.)

**Call us right away at 1-800-772-1213** (7 a.m.–7 p.m. your local time) if any earnings for years before last year are shown incorrectly. If possible, please have your W-2 or tax return for those years available. (If you live outside the U.S., follow the directions at the bottom of page 4.)

BIDD-FH-98-440

# W-2 Wage and Tax Statement — 2004

Copy C — For EMPLOYEE'S RECORDS. (See Notice to Employee on back of Copy B).

**c Employer's name, address, and ZIP code**
THE LITTLE DOLPHIN SCHOOL FOUNDATION
101 COUNTY ROAD
WESTBROOK, ME 04092

**b Employer identification number** 008-████

**a Employee's social security number** ████

**e Employee's first name and initial / Last name**
CARRIE STOKES
144 HIGHT RD
DAYTON, ME 04005

**f Employee's address and ZIP code**

| Box | Description | Amount |
|---|---|---|
| 1 | Wages, tips, other compensation | 19674.62 |
| 2 | Federal income tax withheld | 1196.17 |
| 3 | Social security wages | 20317.76 |
| 4 | Social security tax withheld | 1259.72 |
| 5 | Medicare wages and tips | 20317.76 |
| 6 | Medicare tax withheld | 294.60 |
| 12a D | | 643.14 |
| 15 State | ME | |
| 16 State wages, tips, etc. | | 19674.63 |
| 17 State income tax | | 877.00 |

