**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| IN RE: COUNTRYWIDE FINANCIAL CORPORATION SECURITY BREACH LITIGATION | Case No.: 3:08-MD-01998<br>MDL NO. 1998<br><br>Honorable Thomas B. Russell |

**MOTION OF DEFENDANTS FOR THE ADMISSION OF THOMAS L. COX, JR**
***PRO HAC VICE* AND NOTICE OF APPEARANCE**

Pursuant to LR 83.2 of the United States District Court, Western District of Kentucky, Patrick Baker, an Objector to the Proposed Settlement, by counsel, hereby move for the admission *pro hac vice* of Thomas L. Cox, Jr. for all purposes in the captioned matter.

In support of this Motion, and as set forth in the attached Affidavit of Thomas L. Cox, Jr. admission *pro hac vice* is appropriate because (i) he is a member in good standing of the Bars of State of Texas, as well as the Bars of several Federal Courts; (ii) he agrees to be bound by the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct; (iii) the requisite fees are submitted herewith; (iv) Defendants have retained the undersigned member of this Bar, Kenneth Henry, to serve as co-counsel in this matter; and (v) he has completed training regarding the Court's electronic filing system.

Wherefore, Defendant requests that this Motion be granted, and Thomas L. Cox, Jr. be admitted *pro hac vice*. A proposed Order is attached.

Respectfully submitted,

/s/ Kenneth J. Henry
Kenneth Henry
Henry & Associates, PLLC
331 Townepark Circle
Suite 200
Louisville, Kentucky  40243
Phone:  502-245-9100
Fax:  866-929-6903

**CERTIFICATE OF SERVICE**

  I, Kenneth Henry, Esquire, hereby certify that on  July 16 , 2010, a true and correct copy of the Motion for Admission *Pro Hac Vice* of Out-of-State Counsel was served on all counsel of record by ECF.

/s/ Kenneth J. Henry
Kenneth Henry