**FRANCIS JETTE**
3828 S. 7TH W
MISSOULA, MT. 59804

FILED
JEFFREY A. APPERSON, CLERK

JUL 1 9 2010

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

July 15, 2010

Clerk of the Court
Gene Snyder U. S. Courthouse
601 West Broadway
Louisville, KY 40202

Dear Court,

This is regarding:
In re: Countrywide Financial Corp. Customer Security Breach Litgation, No 3:08-MD-01998-TBR, MDL 1998

How can anyone object or exclude one's self if you recieve the paper work on 7/14/10 twenty days after it is due !!!!

   I object to the fact that Countrywide and the Court produced a Settlement that rewards the company for acting in bad faith, with out any consumer input !

   I object to the fact that the Settlement is so small that Countrywide still made a profit !
Even if you doubled the Settlement the consumer got ripped off!

   This is another Bullshit class action suit, that was settled before the consumer knew anything !!!!

Sincerely,

*[signature]* 7/15/10
Francis Jette