June 24, 2010

FILED
JEFFREY A. APPERSON, CLERK

JUl 1 9 2010

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

4201 S Beau Terra Dr.
Mobile, Al 36618
251-414-2994
251-583-5631

To whom it may concern:

I, Mr. Warren A. Lewis and my wife, Mrs. Carletta Lewis, are writing to let you know

that we are rejecting the settlement in Re: Countrywide Financial Corp. Customer

Security Branch Litigation, No. 3:08-MD-01998-TBR, MDL 1998. My wife suffered

mental distress; she has also been treated for anxiety, phobias, and mental illness since

she was 23 years old. We have been receiving nagging phone calls from businesses and

market phone calls, in which I don't have time to explain. I have recently been

hospitalized and I am also a dialysis patient. My wife has also been sick with scoliosis in

her back. We feel that our rights, privacy and identities were stolen and violated. We feel

so violated that there is not enough being done for those who have suffered mental stress

such as a wife. So please consider us and accept this letter. I can send you documentation

showing that I am a dialysis patient as well as documents for my wife. We are looking

forward to hearing from you.

Sincerely,

Warren Lewis

Carletta Lewis