FILED JS
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
10 SEP 17 AM 9:04

# United States District Court for the Western District of Kentucky

In Re: Countrywide Financial Corp. Customer Data Security Breach Litigation

This document relates to: All Actions

Plaintiff,

vs.

Defendant.

Fee Paid
Rcpt # L33024014

CASE NO. 3:08-MD-01998
MDL No. 1998

## NOTICE OF APPEAL

Notice is hereby given that ___Kelsey Foligno, Objector___, hereby appeal
(here name all parties taking the appeal)

to the United States Court of Appeals for the Sixth Circuit from Memorandum Op. Dkt. 297, (the final judgment) (from an

299 & Judmnt Order Dkt. 298, 300 entered in this action on the ___23rd___ day of
order (describing it))

___August___, 2010. (These are attached hereto as Exhibits A, B, C and D respectively.)

(s) Kelsey Foligno, Pro Se
Address: 1909 Uplands Drive
Plano, Texas 75205
T: (214) 673-9099 Email: kfoligno@gmai[l]

Attorney for Kelsey Foligno, Pro Se

cc: Opposing Counsel ✓
Court of Appeals ✓

6CA-3
1/99

Case No. 3:08-MD-01998 (MDL No. 1998)
In Re: Countrywide Financial Corp. Customer Data Security Breach Litigation

## PROOF OF SERVICE

I hereby certify that a true and correct copy of the Notice of Appeal, with attached Exhibits A-D, has been served on the Clerk, Ben Barnow and Mark Melodia, as indicated below, on this the 16 day of September, 2010.

**Via U.S. Mail** Fed Ex.
Clerk of the Court
Gene Snyder U.S. Courthouse
601 West Broadway, Rm. 106
Louisville, KY 40202

**Via Certified Mail-RRR**
Ben Barnow
Barnow and Associates, P.C.
One North LaSalle St., Ste. 4600
Chicago, IL 60602

**Via Certified Mail-RRR**
Mark S. Melodia
Reed Smith LLP
Princeton Forrestal Village
136 Main St., Ste. 250
Princeton, NJ 08543-7839

**Via U.S. Mail**
Leonard Green, Clerk
Janice Yates, Chief Deputy Clerk
Office of the Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 E. Fifth Street
Cincinnati, Ohio 45202-3988

*Kelsey Foligno*, Pro Se