# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| IN RE: COUNTRYWIDE FINANCIAL CORPORATION SECURITY BREACH LITIGATION | Case No.: 3:08-MD-01998<br>MDL NO. 1998<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Patrick Baker, member of the Class who objected in this case, hereby appeals to the United States Court of Appeals for the Sixth Circuit Document Nos. 297, 298, 299, and 300.

Respectfully submitted,

/s/ Kenneth Henry
Kenneth Henry
Henry & Associates, PLLC
331 Townepark Circle
Suite 200
Louisville, Kentucky  40243
Phone:  502-245-9100
Fax:  866-929-6903

/s/ Thomas L. Cox, Jr.
Texas Bar 04964400
*Pro Hac Vice*
4934 Tremont
Dallas, Texas  75214
tcox009@yahoo.com
214-531-3313
214-855-7878 (fax)

**Notice of Appeal - Page 1**

## **CERTIFICATE OF SERVICE**

     I, Thomas L. Cox, hereby certify that on September 20, 2010, a true and correct copy of the Notice of Appeal was served on all counsel of record by ECF.

                                        /s/ Thomas L. Cox, Jr.
                                        Thomas L. Cox, Jr.