IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION

| | | |
|---|---|---|
| IN RE: COUNTRYWIDE FINANCIAL CORP. CUSTOMER DATA SECURITY BREACH LITIGATION | ) ) ) ) | Case No. 3:08-MD-01998 MDL NO. 1998 |
| This Document Relates To All Actions | ) | |

## NOTICE OF APPEAL

Notice is hereby given that WINFIELD C. SCOTT, BARBARA A. SCOTT, MYRA E. SIMMONS-HOMER, JOHN M. CALDER and PEGGY A. CALDER ("Objectors/Appellants") Class Members to this action, hereby appeal to the United States Court of Appeals for the Sixth Circuit from the Memorandum Opinion [297 and 299] and Judgment Order [298 and 300] entered on August 23, 2010.

Dated: September 22, 2010

Respectfully submitted,

By: \_\_\_\_/s/ R. Stephen Burke_____
R. Stephen Burke

R. Stephen Burke
Dressman, Benzinger, LeVelle, psc
207 Thomas More Pkwy
Crestview Hills, KY 41017-2596
Phone: (859) 341-1881
Fax: (859) 341-1469
Email: sburke@dbllaw.com

Darrell Palmer
Law Offices of Darrell Palmer
603 N. Highway 101, Suite A
Solana Beach, CA 92075
Phone: (858) 792-5600
Fax: (858) 792-5655
Email: darrell.palmer@palmerlegalteam.com

Attorney for Objectors/Appellants

CERTIFICATE OF SERVICE

I hereby certify that on this the 22nd day of September 2010, I electronically filed the foregoing Notice of Appeal with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record via ECF.

By: ___/s/ R. Stephen Burke_____