Case No. 10-6181

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

In re: COUNTRYWIDE FINANCIAL CORP. CUSTOMER DATA SECURITY BREACH LITIGATION

------------------------------

CODY M. DRAGON; LAILA ELKHETTAB; JAY B. GAUMER; SCOTT GREGG; MATTHEW B. MARTIN; HAROLD L. MOONEY; EDMUND MOSES; THOMAS A. MUNZ; MICHAEL J. RICH; KIM WICKMAN, individually and on behalf of the Settlement Class

      Plaintiffs - Appellees

PATRICK BAKER

      Plaintiff - Appellant

v.

COUNTRYWIDE FINANCIAL CORPORATION; COUNTRYWIDE HOME LOANS, INC.; COUNTRYWIDE BANK FSB; FULL SPECTRUM LENDING DIVISION; BANK OF AMERICA CORPORATION

      Defendants - Appellees

   Upon consideration of the appellant's motion to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

   It is **ORDERED** that the motion is **GRANTED** and the appeal is dismissed.

                                **ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Leonard Green, Clerk

Issued: March 25, 2011

_____